UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAFAEL TORRES-MORENO,

              Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

              Respondent.

NO. C13-1494-RSM

ORDER OF DISMISSAL

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 3, respondent's response, Dkt. No. 8, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's petition for writ of habeas corpus is DISMISSED with prejudice.

(3)     The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 19 day of November 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1